**Kei & Chris LLC, v. THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A"**

SCHEDULE A

DEFENDANT ONLINE MARKETPLACES

| No. | Seller | URL |
|---|---|---|
| 1 | ⭐⭐⭐⭐⭐ SHUQUN | https://www.amazon.com/sp?ie=UTF8&seller=A1SRXVEXRHYKOT |
| 2 | Abadam hui | https://www.amazon.com/sp?ie=UTF8&seller=A2K520DLEYEHX2 |
| 3 | Abnaok | https://www.amazon.com/sp?ie=UTF8&seller=ALZ9EBV3K1SP4 |
| 4 | AIBFRID-US | https://www.amazon.com/sp?ie=UTF8&seller=A1HENE693HAOGT |
| 5 | All Seasons Home | https://www.amazon.com/sp?ie=UTF8&seller=A3H71MLS3A2M5G |
| 6 | ANBALA Store | https://www.amazon.com/sp?ie=UTF8&seller=A4Q1LPFLL2L79 |
| 7 | ART DIY | https://www.amazon.com/sp?ie=UTF8&seller=A18R677ZT90SD5 |
| 8 | Bagwaain | https://www.amazon.com/sp?ie=UTF8&seller=A32RY89V5QDVEC |
| 9 | Belicious Helper | https://www.amazon.com/sp?ie=UTF8&seller=A9FSOECJ45HB5 |
| 10 | BESALECK | https://www.amazon.com/sp?ie=UTF8&seller=A1RWIHLDA69YZ7 |
| 11 | Biehseis | https://www.amazon.com/sp?ie=UTF8&seller=A3BUGW0KCEQ4GZ |
| 12 | Big Bingo | https://www.amazon.com/sp?ie=UTF8&seller=ATK2N9JH7P4NR |
| 13 | bilamkes | https://www.amazon.com/sp?ie=UTF8&seller=A1FX8UPLFGM1UM |
| 14 | Bo Ruo Sheng | https://www.amazon.com/sp?ie=UTF8&seller=A1HM7KKUNXVGYS |
| 15 | bohushangdian | https://www.amazon.com/sp?ie=UTF8&seller=A3PMT2EAEI17XE |
| 16 | caiyunhengtongfayangcai | https://www.amazon.com/sp?ie=UTF8&seller=A20UKXTHYBWCK3 |
| 17 | Capiant | https://www.amazon.com/sp?ie=UTF8&seller=A2T190QBUKO8PG |
| 18 | CEYOME Health Direct | https://www.amazon.com/sp?ie=UTF8&seller=A10APM408SXUND |

| 19 | chalange | https://www.amazon.com/sp?ie=UTF8&seller=A1245RG8KXZS51 |
|---|---|---|
| 20 | Chenpha | https://www.amazon.com/sp?ie=UTF8&seller=A3I7IC612EUNT2 |
| 21 | Coco accessory | https://www.amazon.com/sp?ie=UTF8&seller=A3G55LDPHONQ4A |
| 22 | Comexs | https://www.amazon.com/sp?ie=UTF8&seller=AJD4CHCZEZFBQ |
| 23 | Cosenlong | https://www.amazon.com/sp?ie=UTF8&seller=A12EEPCC0QAMBR |
| 24 | Dawn Cedar | https://www.amazon.com/sp?ie=UTF8&seller=A2H9BZRWDVE976 |
| 25 | DealPe | https://www.amazon.com/sp?ie=UTF8&seller=A4EPCLNLR8WA6 |
| 26 | EdisonHuang | https://www.amazon.com/sp?ie=UTF8&seller=A111N1Y0P7OX7C |
| 27 | Family&Personal | https://www.amazon.com/sp?ie=UTF8&seller=A356JIBZSMI5YG |
| 28 | fdsmall | https://www.amazon.com/sp?ie=UTF8&seller=AZCZ1W5SQGFAB |
| 29 | Fengkongtian Store | https://www.amazon.com/sp?ie=UTF8&seller=A3UWNTCD32TKRQ |
| 30 | Forss | https://www.amazon.com/sp?ie=UTF8&seller=A1II95ILE05JC |
| 31 | Framendino | https://www.amazon.com/sp?ie=UTF8&seller=A2HG78OVRU72O5 |
| 32 | Fuchart-US | https://www.amazon.com/sp?ie=UTF8&seller=A3VJ7MQPPPHKLS |
| 33 | Fuegxdxcs | https://www.amazon.com/sp?ie=UTF8&seller=A31RZB4M9QSQX6 |
| 34 | Gan Gardner | https://www.amazon.com/sp?ie=UTF8&seller=AP1QI28234GOY |
| 35 | Geeomeng | https://www.amazon.com/sp?ie=UTF8&seller=AFTQS6RRU3T14 |
| 36 | GlamNest Direct | https://www.amazon.com/sp?ie=UTF8&seller=A37HA38AJQVXD2 |
| 37 | Graliywen | https://www.amazon.com/sp?ie=UTF8&seller=A3O9531PN025DC |
| 38 | Gswmon Official | https://www.amazon.com/sp?ie=UTF8&seller=A1LBAE58FYLJWA |
| 39 | hangzhoutaozhugongjiancaiyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A2DC7TWL62BZ88 |
| 40 | HAPO | https://www.amazon.com/sp?ie=UTF8&seller=A1TP0DSGA2DFBA |

SCHEDULE A 2

| 41 | hefeifanli | https://www.amazon.com/sp?ie=UTF8&seller=A13Z1P7ICNDGM4 |
|---|---|---|
| 42 | hefeifuceng | https://www.amazon.com/sp?ie=UTF8&seller=A1GNAZHLPD7A3M |
| 43 | Hei Jing | https://www.amazon.com/sp?ie=UTF8&seller=A23E7D0FKAENQL |
| 44 | hezaomaoyi | https://www.amazon.com/sp?ie=UTF8&seller=A278NHXXJ26MD |
| 45 | HIFANMM FASHION | https://www.amazon.com/sp?ie=UTF8&seller=AP53XEG5II25P |
| 46 | Hildegarde Randy | https://www.amazon.com/sp?ie=UTF8&seller=A39EJPTSHO5OB3 |
| 47 | Home Daily | https://www.amazon.com/sp?ie=UTF8&seller=A2OYTF66U5GITU |
| 48 | huashangmaoyou | https://www.amazon.com/sp?ie=UTF8&seller=AR0RT7CC4WE55 |
| 49 | jiayanshang | https://www.amazon.com/sp?ie=UTF8&seller=A2AQT0KWWC8QCF |
| 50 | jiazhian store | https://www.amazon.com/sp?ie=UTF8&seller=A26EQB6ZM44XA3 |