**Registration Number**

# VA 2-424-921

**Effective Date of Registration:**
October 19, 2024
**Registration Decision Date:**
December 09, 2024

## Title

| | |
|---|---|
| **Title of Work:** | Color books over me |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | August 01, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | KEI & CHRIS LLC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | KEI & CHRIS LLC |
| | 4750 N JUPITER RD SUITE 102, GARLAND, TX, 75044, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | KEI & CHRIS LLC |
| **Address:** | 4750 N JUPITER RD SUITE 102, |
| | GARLAND, TX 75044 United States |

## Certification

| | |
|---|---|
| **Name:** | Qin Tao |
| **Date:** | October 19, 2024 |

EXHBIT "A"

**Registration Number**

# VA 2-432-038

**Effective Date of Registration:**
October 19, 2024
**Registration Decision Date:**
February 10, 2025

## Title _____

**Title of Work:** Color books over you

## Completion/Publication _____

**Year of Completion:** 2020
**Date of 1st Publication:** August 01, 2020
**Nation of 1ˢᵗ Publication:** United States

## Author _____

- **Author:** KEI & CHRIS LLC
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant _____

**Copyright Claimant:** KEI & CHRIS LLC
4750 N JUPITER RD SUITE 102, GARLAND, TX, 75044, United States

## Rights and Permissions _____

**Organization Name:** KEI & CHRIS LLC
**Address:** 4750 N JUPITER RD SUITE 102,
GARLAND, TX 75044 United States

## Certification _____

**Name:** Qin Tao
**Date:** October 19, 2024